HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206-6639
Telephone:    316-267-2000
Facsimile:     316-630-8466

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUSS MEHL, *et al.*,<br>      *Plaintiffs,*<br><br>vs.<br><br>BP ENERGY COMPANY, *et al.*,<br>      *Defendants.* | C.A. NO. 6:23-cv-01192-JAR-TJJ |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4, I move that Kyle Alden Mason be admitted to practice in the United State District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4(a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's e-mail address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully Submitted,

By: s/ Casey L. Jones
Casey L. Jones, Kansas Bar #24970
E-mail: cjones@hinklaw.com
Brian L. White, Kansas Bar #20767
E-mail: bwhite@hinkaw.com
HINKLE LAW FIRM LLC
1617 North Parkway, Suite 400
Wichita, Kansas 67206
Telephone: 316-267-2000
Facsimile: 316-630-8466
*Attorneys for Defendant Southwest Energy, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of October 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

By: s/ Casey L. Jones

HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas  67206-6639
Telephone:       316-267-2000
Facsimile:        316-630-8466

IN THE UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUSS MEHL, *et al.*,<br>     *Plaintiffs*,<br><br>vs.<br><br>BP ENERGY COMPANY, *et al.*,<br>     *Defendants*. | C.A. NO. 6:23-cv-01192-JAR-TJJ |

<b>AFFIDAVIT IN SUPPORT OF MOTION<br><u>FOR LEAVE TO APPEAR PRO HAC VICE</u></b>

Pursuant to D. Kan. Rule 83.5.4, I declare that the following facts are true, to the best of my knowledge, information and belief:

1.     My full name is:     Kyle Alden Mason

2.     I practice under the following firm name or letterhead:

   Name:     White & Case LLP

   Address:     609 Main Street, Suite 2900
   Houston, TX 77002

   Telephone Number:     713-496-9700

   Fax:     713-496-9701

   Email Address:     kyle.mason@whitecase.com

3.     I have been admitted to practice in the following courts (here list the dates and places of admission to all bars, state or federal, and any bar registration numbers):

| Court | Date of Admission | Bar Number |
|---|---|---|
| Texas State Bar | October 25, 2019 | 24116728 |
| U.S. Court of Appeals for the Fifth Circuit | February 16, 2022 | |
| U.S. Court of Appeals for the Third Circuit | May 1, 2020 | |
| U.S. District Court for the Southern District of Texas | February 6, 2020 | |
| U.S. District Court for the Western District of Texas | August 3, 2022 | |
| U.S. District Court for the Eastern District of Texas | May 11, 2021 | |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

11. I declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

FURTHER AFFIANT SAITH NAUGHT.

_____
KYLE ALDEN MASON

SUBSCRIBED AND SWORN to before me, a notary public, this **10** day of **October**, 2023.

_____
Notary Public

My Appointment/Commission Expires:

**February 2, 2026**

[Seal] 

VANESSA MARIE CHAVEZ
125464825
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
FEBRUARY 2, 2026



# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS
## Pro Hac Vice Electronic Filing Registration Form

Name: Kyle Alden Mason

Office: White & Case LLP

Address: 609 Main Street

Address: Suite 2900

City: Houston    State: TX    Zip: 77002

Office Phone: 713-496-9700    Ext.:     Fax: 713-496-9701

State Bar #: Texas Bar 24116728

Attorney's Internet E-mail Address: kyle.mason@whitecase.com

Additional email addresses that should receive Notices of Electronic Filing: vanessa.chavez@whitecase.com

**PRO HAC VICE ATTORNEYS:** Each attorney applying for pro hac vice admission must complete and sign an Electronic Filing Registration Form and file it as an attachment to the motion for pro hac vice admission. You will receive system-generated notices of electronic filings and documents may be retrieved electronically through PACER. The District of Kansas does not permit attorneys admitted pro hac vice to file documents electronically. Local counsel is responsible for all filings.

By registering, I consent to electronic service of all documents. I certify that I am a member in good standing of the bar of all courts where I am admitted. I am applying for or have been granted admission pro hac vice and I have read and am familiar with the rules of practice and the administrative procedures guide governing electronic filing, both which may be found at www.ksd.uscourts.gov. I agree to abide by the rules and regulations in the most recent general order currently in effect and any changes or additions that may be made in the future to the general order, the administrative procedures guide or this court's local rules.

Attach completed form to motion for leave to appear pro hac vice.

Date: 10/10/2023

Applicant's Signature
Note: You must sign this form with your original "wet" signature. The "s/ typed name" format is not allowed here.

If you have questions about this form or the pro hac vice admission process, please contact the Attorney Registration clerk at 913-735-2229 or ksd_attorney_registration@ksd.uscourts.gov.