IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RUSS MEHL, EDMUND GROSS, TRUDY BOYER, STEVE ANDERSON, AND GREGORY STEADMAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiffs*,<br><br>v.<br><br>BP ENERGY COMPANY, SOUTHWEST ENERGY L.P., MACQUARIE ENERGY LLC, ENERGY TRANSFER, L.P., TENASKA, INC., D/B/A TENASKA MARKETING VENTURES, MIECO, LLC, AND ROCKPOINT GAS STORAGE, LLC,<br><br>*Defendants*. | Case No. 6:23-cv-1192 |

**NOTICE OF RELATED CASES AND REQUEST FOR**
**TRANSFER PURSUANT TO LOCAL RULE 40.1**

Defendants BP Energy Company, Macquarie Energy LLC, Southwest Energy L.P., Energy Transfer, L.P., Tenaska Marketing Ventures (incorrectly named as Tenaska, Inc. d/b/a Tenaska Marketing Ventures), and MIECO, LLC ("Defendants")[1] file this Notice of Related Cases and request transfer of this case pursuant to D. Kan. Rule 40.1. In furtherance of this request, Defendants state that this case ("*Mehl*") is related to two actions previously assigned to Judge Crabtree: *Kansas ex rel. Kobach v. Macquarie Energy LLC*, No. 5:23-cv-4035-DDC-RES (D. Kan.) (the "AG Action") and *Stoneberger, et al. v. BP Energy Company, et al.*, No. 6:23-cv-1195-

---

[1] Defendant Rockpoint Gas Storage, LLC, does not oppose this request.

1

DDC-ADM (D. Kan.) ("*Stoneberger*"). Defendants submit that transfer of this case to Judge Crabtree will "further the efficient disposition of the business of the court." L.R. 40.1.

The AG Action was assigned to Judge Crabtree on May 3, 2023. That complaint sought to recover damages for the prices paid by Kansas residents for natural gas during Winter Storm Uri, based on allegations about defendant Macquarie's trading activity. After briefing by the parties, Judge Crabtree dismissed the action for lack of jurisdiction with a substantive written opinion filed on October 5, 2023.

The *Mehl* and *Stoneberger* complaints were filed on September 12, 2023. *Mehl* was assigned to this Court, and *Stoneberger* to Judge Crabtree. They are companion cases. Each matter asserts putative class claims for violations of the Kansas Consumer Protection Act arising out of the sale of natural gas to local gas distributors during Winter Storm Uri in February 2021.

Plaintiffs are represented by the same counsel in each case. BP, Macquarie, and Southwest are defendants in both actions.[2] Each complaint alleges that the daily index prices for natural gas sold on the Southern Star pipeline during February 2021 reached unconscionable levels. The principal difference between the two complaints is that the *Mehl* action is brought by plaintiffs who purchased natural gas from Kansas Gas Services (KGS) while the *Stoneberger* action is brought by plaintiffs whose gas utilities were served by the Kansas Municipal Gas Agency (KMGA).[3]

Local Rule 40.1 states that "[i]n the interest of justice or to further the efficient disposition of the business of the court, a judge . . . may transfer the case to another judge who consents to

---

[2] Southwest Energy L.P. is a defendant in both actions and was correctly named in *Mehl* but incorrectly named as Southwest Energy Corp. in *Stoneberger*.

[3] Defendants do not concede any of the allegations in the complaints, nor do Defendants concede that class treatment is warranted for any of the claims in either case.

such transfer." Here, Defendants respectfully submit that transfer is warranted because the *Mehl* and *Stoneberger* complaints raise substantially similar questions of law and fact to each other and to the AG Action. Each matter relates to Defendants' natural gas sales during Winter Storm Uri and their use of daily index prices published by Platts. It would be inefficient for two different judges within this District to be called upon to familiarize themselves with the law at issue here, to decide the simultaneous motions to dismiss which are forthcoming, and potentially to have four federal judges (district and magistrate) managing two parallel and highly similar tracks of discovery if the cases proceed.

Transfer promotes efficiency for the additional reason that Judge Crabtree is already familiar with issues surrounding natural gas pricing during Winter Storm Uri—such as the use of pricing indices like Platts and Winter Storm Uri's effect on gas supply and demand—due to the Attorney General's complaint, the ensuing motion to dismiss briefing, and Judge Crabtree's extensive written opinion on that motion. Conversely, transfer would cause no inconvenience, delay, or expense. The *Mehl* and *Stoneberger* cases are in their infancy and are on an identical schedule for Defendants' response to the complaints and initial potentially dispositive motions.

For the foregoing reasons, Defendants respectfully request that the Court transfer the above-captioned action to Judge Crabtree.

                                                Respectfully submitted,

                                                /s/ *Alan R. Pfaff*
                                                Alan R. Pfaff
                                                WALLACE SAUNDERS
                                                200 West Douglas, Suite 400
                                                Wichita, KS  67202

/s/ *Richard C. Pepperman*
Richard C. Pepperman II (*pro hac vice* forthcoming)
Amanda F. Davidoff (*pro hac vice* forthcoming)
Michael P. Devlin (*pro hac vice* forthcoming)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004

**Attorneys for BP Energy Company**


/s/ *Andrew Zeve*
Andrew Zeve (*pro hac vice*)
Texas State Bar No.  24042209
andrew.zeve@whitecase.com
Sean Gorman
Texas State Bar No.  08218100
sean.gorman@whitecase.com
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas 77002
713-496-9700 (Telephone)
713-496-9701 (Facsimile)

/s/ *Casey L. Jones*
Casey L. Jones, KS SC #24970
Brian White, KS SC #20767
HINKLE LAW FIRM LLC
1617 North Waterfront Parkway, Suite 400
Wichita, Kansas 67206
Telephone:     316-267-2000
Facsimile:     316-630-8466
E-mail:        cjones@hinklaw.com
E-mail:        bwhite@hinklaw.com


**Attorneys for Southwest Energy L.P.**

4

/s/ *William R. H. Merrill*
William R. H. Merrill (*pro hac vice* forthcoming)
Beatrice C. Franklin (*pro hac vice* forthcoming)
Alexandra Foulkes Grafton (*pro hac vice* forthcoming)
SUSMAN GODFREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas 77002


/s/ *Stephen R. McAllister*
Stephen R. McAllister
Megan M. Carroll
DENTONS US LLP
4520 Main Street Suite 1100
Kansas City, Missouri 64111-7700

**Attorneys for Macquarie Energy LLC**


/s/ *Claire L. Chapla*
Chantale Fiebig (*pro hac vice* forthcoming)
Claire L. Chapla (*pro hac vice* forthcoming)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C., 20036

/s/ *David E. Bengston*
David E. Bengtson, KS # 12184
1625 N. Waterfront Parkway, Suite 300
Wichita, KS 67206
Telephone: (316) 268-7943
Facsimile: (316) 268-9798
david.bengtson@stinson.com

Logan T. Fancher, KS # 28532
1201 Walnut St., Suite 2900
Kansas City, MO 64106
Telephone: (816) 691-2692
Facsimile: (816) 412-1132
logan.fancher@stinson.com

**Attorneys for Energy Transfer L.P.**

/s/ *Stephen Crain*
Stephen Crain (*pro hac vice* forthcoming)
Bradley J. Benoit (*pro hac vice* forthcoming)
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002

*/s/ Jeffrey D. Morris*
Jeffrey D. Morris, KS Bar #16123
Berkowitz Oliver, LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
Tel:  816-561-7007
Fax: 816-561-1888
Email: jmorris@berkowitzoliver.com

**Attorneys for Tenaska Marketing Ventures**


/s/ *Creighton R. Magid*
Creighton R. Magid (*pro hac vice* forthcoming)
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington DC, 20005


/s/ *Brent N. Coverdalte*
Brent N. Coverdale
Cameron E. Grant
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Main Street, STE 1950
Kansas City, MO 64106

**Attorneys for MIECO, LLC**