# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, individually and on behalf of all those similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, Energy Transfer LP, Tenaska, Inc., d/b/a Tenaska Marketing Ventures, MIECO, LLC, and Rockpoint Gas Storage, LLC,<br><br>　　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No:  6:23-cv-01192-DDC-GEB<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Energy Transfer LP ("Energy Transfer") hereby provides the following Corporate Disclosure Statement.

Energy Transfer, by and through its operating subsidiaries and affiliates, is involved in the operation, transportation, storage, and terminalling of natural gas, crude oil, NGLs, refined products, and liquid natural gas. It is a publicly traded Delaware master limited partnership, currently listed on the New York Stock Exchange under the ticker symbol "ET."

Energy Transfer does not have a parent corporation and no other entity or person owns 10% or more of its equity.

Dated:  November 20, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ *David E. Bengtson*
　　　　　　　　　　　　　　　　　　　　　David E. Bengtson, #12184
　　　　　　　　　　　　　　　　　　　　　STINSON, LLP
　　　　　　　　　　　　　　　　　　　　　1625 N. Waterfront Parkway, Suite 300
　　　　　　　　　　　　　　　　　　　　　Wichita, Kansas 67206

Phone:  (316) 265-8800
Fax:  (316)265-1349
david.bengtson@stinson.com

Mark A. Perry (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
Claire L. Chapla (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C.  20036
Phone:  (202) 682-7000
mark.perry@weil.com
chantale.fiebig@weil.com
claire.chapla@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Phone: (214) 746-8158
liz.ryan@weil.com

*Attorneys for Defendant Energy Transfer LP*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

/s/ *David E. Bengtson*