**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, individually and on behalf of all those similarly situated,<br><br>      Plaintiffs,<br>  v.<br><br>BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, Energy Transfer, L.P., Tenaska, Inc., d/b/a Tenaska Marketing Ventures, MIECO, LLC, and Rockpoint Gas Storage, LLC,<br><br>      Defendants. | Case No: 6:23-cv-01192-DDC-GEB |

## DEFENDANTS' JOINT MOTION TO DISMISS

Defendants BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, Energy Transfer LP, Tenaska Marketing Ventures (incorrectly named as Tenaska, Inc. d/b/a Tenaska Marketing Ventures), and MIECO LLC (for the purposes of this Motion, "Defendants"), by and through their counsel, respectfully move the Court for an order dismissing Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted. Defendants are submitting a Memorandum of Law in Support of this Motion, which they incorporate herein by reference.

Dated:  November 20, 2023

/s/ *Brian L. White*
Brian L. White, #20767
Casey L. Jones, #24970
HINKLE LAW FIRM LLC
1617 N. Waterfront Parkway, Suite 400
Wichita, Kansas  67206
Phone:  (316) 660-6200
Fax:  (316) 660-6024
bwhite@hinklaw.com
cjones@hinklaw.com

Andrew Zeve (*pro hac vice*)
Kyle Alden Mason (*pro hac vice*)
Sean Gorman (*pro hac vice*)
WHITE & CASE LLP
609 Main Street, Suite 2900
Houston, Texas  77002
Phone:  (713) 496-9700
Fax:  (713) 496-9701
andrew.zeve@whitecase.com
kyle.mason@whitecase.com
sean.gorman@whitecase.com

*Attorney for Defendant Southwest Energy L.P.*

/s/ *Stephen R. McAllister*
Stephen R. McAllister, #15845
Megan M. Carroll, #29084
DENTONS US LLP
4520 Main Street Suite 1100
Kansas City, Missouri  64111
Phone:  (816) 460-2400
Fax:  (816) 531-7545
stephen.mcallister@dentons.com
megan.carroll@dentons.com

Respectfully submitted,

/s/ *Alan R. Pfaff*
Alan R. Pfaff, #12949
WALLACE SAUNDERS
200 West Douglas, Suite 400
Wichita, Kansas  67202
Phone:  (316) 219-8308
Fax:  (316) 316-269-2479
Email: apfaff@wallacesaunders.com

Richard C. Pepperman II (*pro hac vice*)
Amanda F. Davidoff (*pro hac vice*)
Michael P. Devlin (*pro hac vice*)
Jordan L. Gary (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Phone:  (212) 558-4000
Fax:  (212) 558-3588
peppermanr@sullcrom.com
davidoffa@sullcrom.com
devlinm@sullcrom.com
garyj@sullcrom.com

*Attorneys for Defendant BP Energy Company*

/s/ *Jeffrey D. Morris*
Jeffrey D. Morris, #16123
BERKOWITZ OLIVER, LLP - KCMO
2600 Grand Boulevard, Suite 1200
Kansas City, Missouri  64108
Phone:  (913) 649-7007
Fax:  (816)561-1888
jmorris@berkowitzoliver.com

William R. H. Merrill (*pro hac vice*)
Beatrice C. Franklin (*pro hac vice*)
Alexandra Foulkes Grafton (*pro hac vice*)
SUSMAN GODREY LLP
1000 Louisiana Street, Suite 5100
Houston, Texas  77002
Phone:  (713) 615-9366
Fax:  (713) 654-6666
bmerrill@susmangodfrey.com
bfranklin@susmangodfrey.com
afoulkesgrafton@susmangodfrey.com

*Attorneys for Defendant Macquarie Energy LLC*

/s/ *David E. Bengtson*
David E. Bengtson, #12184
STINSON, LLP
1625 N. Waterfront Parkway, Suite 300
Wichita, Kansas  67206
Phone:  (316) 265-8800
Fax:  (316)265-1349
david.bengtson@stinson.com

Mark A. Perry (*pro hac vice*)
Chantale Fiebig (*pro hac vice*)
Claire L. Chapla (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street, NW, Suite 600
Washington, D.C.  20036
Phone:  (202) 682-7000
mark.perry@weil.com
chantale.fiebig@weil.com
claire.chapla@weil.com

Liz Ryan (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, Texas  75201
Phone:  (214) 746-8158
liz.ryan@weil.com

*Attorneys for Defendant Energy Transfer LP*

Stephen Crain (*pro hac vice*)
Bradley J. Benoit (*pro hac vice*)
BRACEWELL LLP
711 Louisiana Street, Suite 2300
Houston, Texas  77002
Phone:  (713) 223-2300
Fax:  (800) 404-3970
stephen.crain@bracewell.com
brad.benoit@bracewell.com

*Attorneys for Tenaska Marketing Ventures, incorrectly named as Tenaska, Inc. d/b/a Tenaska Marketing Ventures*

/s/ *Brent N. Coverdale*
Brent N. Coverdale, #18798
Cameron E. Grant, #28388
SCHARNHORST AST KENNARD GRIFFIN, PC
1100 Walnut, Suite 1950
Kansas City, Missouri  64106
Phone:  (816) 268-9400
Fax:  (816) 268-9409
bcoverdale@sakg.com
cgrant@sakg.com

Creighton R. Magid (*pro hac vice*)
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, D.C.  20005
Phone:  (202) 442-3000
magid.chip@dorsey.com

*Attorneys for Defendant MIECO LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023, I filed the foregoing with the clerk of the court by using the CM/ECF system and sent via electronic transmission to all parties of record.

By: /s/ Alan R. Pfaff
     Alan R. Pfaff, #12949