## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*<br><br>v.<br><br>BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, Energy Transfer, L.P., Tenaska, Inc., d/b/a Tenaska Marketing Ventures, MIECO, LLC, and Rockpoint Gas Storage, LLC<br><br>*Defendants* | Case No. 23-CV-1192 |

## PLAINTIFFS' VOLUNTARY DISMISSAL OF MIECO, LLC

Plaintiffs Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman voluntarily dismiss their claims against MIECO, LLC under Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

FOULSTON SIEFKIN, LLP

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727
Samuel J. Walenz, KS #29114
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-291-9541 | F: 316-267-6345
jfowler@foulston.com
swalenz@foulston.com

Scott C. Nehrbass, KS #16285
Lee M. Smithyman, KS #09391
James P. Zakoura, KS #07644
7500 College Blvd., Suite 1400
Overland Park, KS 66210
T: 913-484-4627 | F: 913-498-2101
snehrbass@foulston.com
lsmithyman@foulston.com
jzakoura@foulston.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of December, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send notice of electronic filing to counsel of record.

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727