# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, Individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, ETC Marketing, Ltd., Tenaska Marketing Ventures and Rockpoint Gas Storage, LLC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) Case No: 6:23-cv-01192-DDC-ADM ) ) ) ) ) ) ) ) ) |

## ENTRY OF APPEARANCE

Logan T. Fancher, of the law firm Stinson LLP, enters his appearance as counsel for Defendant ETC Marketing, Ltd.

Dated this 15th day of December, 2023.

Respectfully submitted,

**STINSON LLP**

By: */s/ Logan T. Fancher*
 Logan T. Fancher, KS # 28532
 1201 Walnut St., Suite 2900
 Kansas City, MO 64106
 Telephone: (816) 691-2692
 Facsimile: (816) 412-1132
 logan.fancher@stinson.com

 David E. Bengtson, KS # 12184
 1625 N. Waterfront Parkway, Suite 300
 Wichita, KS 67206
 Telephone: (316) 268-7943
 Facsimile: (316) 268-9798
 david.bengtson@stinson.com
 ***Attorneys for Defendant ETC Marketing, Ltd.***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 15th day of December, 2023, the above and foregoing was filed with the Clerk of the Court through the CM/ECF system, which will send electronic notification to all counsel of record.

                                          */s/ Logan T. Fancher*
                                          ***Attorney for Defendant ETC Marketing, Ltd.***