# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*<br><br>v.<br><br>BP Energy Company, Southwest Energy L.P., Macquarie Energy LLC, ETC Marketing, Ltd., Tenaska Marketing Ventures, and Rockpoint Gas Storage, LLC<br><br>    *Defendants* | Case No. 6:23-cv-1192 |

## NOTICE OF APPEAL

Plaintiffs, Russ Mehl, Edmund Gross, Trudy Boyer, Steve Anderson, and Gregory Steadman, individually and on behalf of a class of similarly situated residents of Kansas (the Kansas Gas Service residential class), give notice that they appeal to the United States Court of Appeals for the Tenth Circuit the district court's Memorandum and Order, ECF No. 120, and Final Judgment, ECF No. 121, entered on February 28, 2025.

Respectfully submitted,

FOULSTON SIEFKIN, LLP

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727
Samuel J. Walenz, KS #29114
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
T: 316-291-9541 | F: 316-267-6345
jfowler@foulston.com
swalenz@foulston.com


Scott C. Nehrbass, KS #16285
Lee M. Smithyman, KS #09391
James P. Zakoura, KS #07644
Jacob T. Schmidt, KS #28917
7500 College Blvd., Suite 1400
Overland Park, KS 66210
T: 913-484-4627 | F: 913-498-2101
snehrbass@foulston.com
lsmithyman@foulston.com
jzakoura@foulston.com
jschmidt@foulston.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I filed the foregoing with the clerk of the court using the court's CM/ECF system, which will serve electronic notice upon all parties of record.

*s/Jay F. Fowler*
Jay F. Fowler, KS #10727